IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **IRH VINTAGE PARK PARTNERS,** | § | Case No. 10-37503-H4-11 |
| **LP, A GEORGIA LIMITED** | § | |
| **PARTNERSHIP** | § | |
| | § | Case No. 10-37508-H4-11 |
| **VPI GENERAL PARTNER, LLC A** | § | |
| **DELAWARE LIMITED LIABILITY** | § | |
| **COMPANY** | § | |
| | § | |
| **VINTAGE PARK INVESTMENTS, LLC A** | § | Case No. 10-37511-H5-11 |
| **GEORGIA LIMITED LIABILITY** | § | |
| **COMPANY** | § | (Chapter 11) |
| | § | |
| **Debtor.** | § | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO:**   ALL PARTIES, PLEASE TAKE NOTICE THAT:

**COME NOW** Walter A. Herring, John Leininger and Jay L. Krystinik of Bryan Cave LLP and file this Notice of Appearance on behalf of Capmark Bank, a Utah industrial bank ("*Lender*") and pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 2002 respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile number, and email addresses listed as follows:

Walter Andrew Herring
John Leininger
Jay L. Krystinik
**BRYAN CAVE LLP**
2200 Ross Avenue, Suite 3300
Dallas, Texas  75201
Telephone:  214.721.8042
Facsimile:  214.721.8100
Email: walt.herring@bryancave.com
Email: john.leininger@bryancave.com
Email: jay.krystinik@bryancave.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, Lender requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Lender additionally requests that the Debtor and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Respectfully submitted,  **BRYAN CAVE**

By: */s/ Jay L. Krystinik*
Walter Herring
Texas Bar No. 09535300
John Leininger
Texas Bar No. 24007544
Jay L. Krystinik
Texas Bar No. 24041279

2200 Ross Avenue, Suite 3300
Dallas, TX  75201
Telephone:  214.721.8041
Facsimile:  214.721.8100
Email:  walt.herring@bryancave.com
            john.leininger@bryancave.com
            jay.krystinik@bryancave.com

ATTORNEYS FOR PLAINTIFF
CAPMARK BANK, A UTAH INDUSTRIAL BANK

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that on the 7th September, 2010, a true and correct copy of the above foregoing instrument was served via e-mail through the Court's ECF system to all parties consenting to service through same.

                                            _/s/ Jay L. Krystinik_____
                                            Jay L. Krystinik